UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAKESH PAVAN,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

CASE NO. 2:26-cv-03735-TL

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court GRANTS the application to proceed in forma pauperis (Dkt. 3) under 28 U.S.C § 1915(a)(1).

Dated this 26th day of October, 2026.

Tana Lin
United States District Judge