UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAKESH PAVAN,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

CASE NO. 2:26-cv-03735-TL

ORDER TO SHOW CAUSE

This matter is before the Court on its own motion.

On October 1, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. The next day, the clerk notified Petitioner that he had not paid the filing fee or submitted an application to proceed in forma pauperis. *See* Dkt. No. 2 (Notice of Deficiency). On October 21, 2026, Petitioner submitted an application to proceed in forma pauperis (Dkt. No. 3), which the Court granted. Petitioner is currently detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") in Tacoma, Washington.

Dkt. No. 1 at 1. However, the proposed petition lists only "ICE Field Office Director" as a respondent. *Id.*

"[H]abeas petitioners challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–13 (N.D. Cal. 2024). If a petitioner fails to do so, the district court lacks jurisdiction over the petition. *Doe*, 109 F.4th at 1195–97. For this matter to proceed, Petitioner must name his current physical custodian as a respondent. Otherwise, the Court does not have jurisdiction to review the petition.

Accordingly, it is hereby ORDERED:

(1) Petitioner SHALL show cause, by **November 9, 2026**, why his current petition should not be dismissed without prejudice for failing to name the proper respondent(s).

(2) Petitioner is GRANTED leave to amend his petition. Petitioner may satisfy the requirement above by filing an amended petition, by **November 9, 2026**, that names the proper respondent(s).

(3) A scheduling order will be entered upon filing of a properly amended petition.

(4) Petitioner is ADVISED that failure to respond to this order or file an amended petition will result in the dismissal of the petition and the closure of this case.

Dated this 26th day of October, 2026.

Tana Lin
United States District Judge