UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAKESH PAVAN,<br>Petitioner,<br>v.<br>ICE FIELD OFFICE DIRECTOR,<br>Respondent. | CASE NO. 2:26-cv-03735-TL<br><br>SECOND ORDER TO SHOW CAUSE |

This matter is before the Court on its own motion. On October 26, 2026, Petitioner filed a petition naming only "ICE Field Office Director" as the respondent. Dkt. No. 5 (Habeas Petition) at 1. That same day, the Court issued an Order to Show Cause directing Petitioner to explain why his petition should not be dismissed for failing to name his immediate custodian as a respondent in the instant matter. Dkt. No. 6 at 2. The Court gave Petitioner leave to amend his petition to include his immediate custodian as a respondent by November 9, 2026. *Id.*

On November 4, 2026, Petitioner mailed a praecipe to his petition, naming two new Respondents: (1) ICE Counsel Tacoma; and (2) DHS Office of Principal Legal Advisor Tacoma.

Dkt. No. 7 at 1. Neither of the newly added Respondents are the immediate custodian of individuals, including Petitioner, at the detention center in which Petitioner is detained. The Court incorporates by reference the legal authority outlined in its previous order as to the requirement that a petitioner must name their immediate custodian for the Court to have jurisdiction over the matter. *See* Dkt. No. 6 (Order to Show Cause) at 2.

Accordingly, it is hereby ORDERED:

(1) Petitioner SHALL show cause, by **November 27, 2026**, why his current petition should not be dismissed without prejudice for failing to name the proper respondent.

(2) Petitioner is GRANTED leave to amend his petition. Petitioner may satisfy the requirement above by filing an amended petition, by **November 27, 2026**, that names the proper respondent.

(3) A scheduling order will be entered upon filing of a properly amended petition.

(4) Petitioner is ADVISED that failure to respond to this order, failure to file an amended petition, or failure to name the proper respondent by **November 27, 2026,** will result in the dismissal of the petition and the closure of this case.

Dated this 16th day of November, 2026.

Tana Lin
United States District Judge